IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIO BANKS, | ) | 4:10CV3162 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL L. KENNEY, Director of the | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on its own motion. On September 2, 2011, the court granted Petitioner's Motion for a Stay and Abeyance, which allowed Petitioner to pursue his state-court remedies in the Nebraska state courts. (Filing No. 27.) Petitioner advised in his last status report, dated July 3, 2014, that his state post-conviction action was then pending before the Nebraska Supreme Court. Because this case remains pending, it is necessary for Petitioner to update the court as to the status of the state-court proceedings.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner is directed to file a status report in this matter within 14 days of this Memorandum and Order. The status report must advise the court of the status of Petitioner's pursuit of state-court remedies. Failure to comply with this directive could result in dismissal of this matter without further notice to Petitioner.

    2.    The clerk's office is directed to set a pro se case management deadline in this case using the following text: December 19, 2014: deadline for Petitioner to file status report regarding state-court action. In addition, the clerk's office is directed to set a pro se case management deadline in this case using the following text: June 15, 2015: Check on status of Petitioner's case.

    DATED this 3rd day of December, 2014.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon
                                                       Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.