IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIO BANKS, | ) | 4:10CV3162 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL L. KENNEY, Director of the Department of Corrections, | ) ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court for case management. On January 2, 2015, the court ordered Petitioner to file an amended petition for writ of habeas corpus by March 2, 2015. To date, Petitioner has not filed an amended petition. On the court's own motion, Petitioner will be given an additional 30 days in which to file an amended petition for writ of habeas corpus that presents all of his claims for relief. Failure to do so may result in the court dismissing this case based on Petitioner's failure to diligently prosecute it.

    IT IS THEREFORE ORDERED that: Petitioner must file an amended petition for writ of habeas corpus within 30 days. The clerk's office is directed to set a pro se case management deadline in this matter: May 1, 2015: deadline for Petitioner to file amended petition.

    DATED this 30th day of March, 2015.

                               BY THE COURT:

                               s/ Joseph F. Bataillon
                               Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.